**Motion Granted; Dismissed and Memorandum Opinion filed April 10, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00964-CR

### CARLOS JULIO SABINO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCR-062551**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).